| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) SMITH, LISA M. | 2. Court or Organization U.S.DISTRICT COURT, SDNY | 3. Date of Report 05/14/2013 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. MAGISTRATE JUDGE FULL TIM

**5a. Report Type (check appropriate type)**

- [ ] Nomination Date
- [ ] Initial [✓] Annual [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2012
to
12/31/2012

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

- [ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | On behalf of [ ] Fidelity Investment Accounts |
| 2. | Custodian | On behalf of [ ] Fidelity Investment Accounts |
| 3. | Custodian | On behalf of [ ] New York's College Savings Program |
| 4. | Custodian | On behalf of [ ] New York's College Savings Program |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

- [✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Pace University School of Law for teaching | $20,420.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity NY Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA (Puritan Fund) | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA (Fidelity Fund) | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA (Cash Reserves) | A | Dividend | J | T | | | | | |
| 5. Webster Bank, Wilton CT -Savings account | A | Interest | J | T | | | | | |
| 6. Webster Bank, Wilton CT -- Checking Account | | None | M | T | | | | | |
| 7. Fidelity Growth and Income Fund | A | Dividend | J | T | | | | | |
| 8. Fidelity Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 9. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | J | T | | | | | |
| 10. HSBC, White Plains, NY | | None | J | T | | | | | |
| 11. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 12. Century Link Communications Common Stock | A | Dividend | J | T | | | | | |
| 13. Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| 14. Long Island Power Auth. N.Y. Elec. Systems Bonds | | None | K | T | | | | | |
| 15. Nassau Co. N.Y. Ind'l. Dev. Agency Bonds | | None | K | T | | | | | |
| 16. Municipal Assistance Corp. For City of Troy, N.Y. Bonds | | None | K | T | | | | | |
| 17. Long Island Power Auth. Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stifel Nicolaus IRA money market | A | Dividend | J | T | | | | | |
| 19. Stifel Nicolaus investment account money market | A | Dividend | J | T | | | | | |
| 20. Fidelity Custodial Acc't for ▮▮▮ (cash account) | A | Interest | K | T | | | | | |
| 21. Fidelity Custodial Acc't for ▮▮▮ (cash account) | A | Interest | J | T | | | | | |
| 22. General Electric common stock | A | Dividend | J | T | | | | | |
| 23. Citigroup common stock | A | Dividend | J | T | | | | | |
| 24. Pfizer common stock | A | Dividend | J | T | | | | | |
| 25. Fidelity Unique Coll. Inv. Plan 2015 | | None | J | T | | | | | |
| 26. Fidelity Unique Coll. Inv. Plan 2018 | | None | J | T | | | | | |
| 27. NY College Savgs Prgrm A/C Mod Age Based Option: Conserv Gr | | None | J | T | | | | | |
| 28. NY College Savgs Prgrm A/C Mod Age Based Option:Mod Growth | | None | J | T | | | | | |
| 29. Capital One Financial Corp Common Stock | A | Dividend | J | T | | | | | |
| 30. Citadel Broadcasting Corp. common stock | | None | J | T | | | | | |
| 31. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 32. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Sold (part) | 06/26/12 | J | A | Stifel Inv't a/c |
| 33. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | Stifel Inv't a/c |
| 34. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 02/02/12 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 03/02/12 | J | | Stifel Inv't a/c |
| 36. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 04/03/12 | J | | Stifel Inv't a/c |
| 37. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 05/02/12 | J | | Stifel Inv't a/c |
| 38. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 06/04/12 | J | | Stifel Inv't a/c |
| 39. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 07/03/12 | J | | Stifel Inv't a/c |
| 40. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 08/02/12 | J | | Stifel Inv't a/c |
| 41. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 09/05/12 | J | | Stifel Inv't a/c |
| 42. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 10/02/12 | J | | Stifel Inv't a/c |
| 43. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 11/02/12 | J | | Stifel Inv't a/c |
| 44. Aim Tax Exempt Van Kampen Intermediate Term Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 12/04/12 | J | | Stifel Inv't a/c |
| 45. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 12/21/12 | J | | Stifel Inv't a/c |
| 46. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 12/21/12 | J | | Stifel Inv't a/c |
| 47. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | Stifel Inv't a/c |
| 48. Columbia Funds Marsico Growth Fund | A | Dividend | J | T | Sold (part) | 04/13/12 | J | A | Stifel Inv't a/c |
| 49. Columbia Funds Marsico Growth Fund | A | Dividend | J | T | Buy (add'l) | 06/21/12 | J | | Stifel Inv't a/c |
| 50. Columbia Funds Marsico Growth Fund | A | Dividend | J | T | Buy (add'l) | 06/25/12 | J | | Stifel Inv't a/c |
| 51. Columbia Funds Marsico Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/14/12 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Sold (part) | 04/13/12 | J | A | Stifel Inv't a/c |
| 53. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 01/26/12 | J | | Stifel Inv't a/c |
| 54. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 02/24/12 | J | | Stifel Inv't a/c |
| 55. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 03/27/12 | J | | Stifel Inv't a/c |
| 56. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 04/25/12 | J | | Stifel Inv't a/c |
| 57. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 05/25/12 | J | | Stifel Inv't a/c |
| 58. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 06/26/12 | J | | Stifel Inv't a/c |
| 59. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 07/26/12 | J | | Stifel Inv't a/c |
| 60. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | Stifel Inv't a/c |
| 61. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 09/25/12 | J | | Stifel Inv't a/c |
| 62. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 10/26/12 | J | | Stifel Inv't a/c |
| 63. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 11/27/12 | J | | Stifel Inv't a/c |
| 64. DWS Municipal Trust Strategic High Yield | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | Stifel Inv't a/c |
| 65. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Sold (part) | 06/25/12 | J | A | Stifel Inv't a/c |
| 66. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/26/12 | J | | Stifel Inv't a/c |
| 67. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/24/12 | J | | Stifel Inv't a/c |
| 68. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/27/12 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 04/25/12 | J | | Stifel Inv't a/c |
| 70. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 05/25/12 | J | | Stifel Inv't a/c |
| 71. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 06/26/12 | J | | Stifel Inv't a/c |
| 72. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/26/12 | J | | Stifel Inv't a/c |
| 73. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | Stifel Inv't a/c |
| 74. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 09/25/12 | J | | Stifel Inv't a/c |
| 75. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/26/12 | J | | Stifel Inv't a/c |
| 76. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/27/12 | J | | Stifel Inv't a/c |
| 77. DWS Municipal Trust Managed Municipal Bond Fund | A | Distribution | J | T | Buy (add'l) | 12/05/12 | J | | Stifel Inv't a/c |
| 78. DWS Municipal Trust Managed Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | Stifel Inv't a/c |
| 79. Davis NY Venture | A | Distribution | J | T | Buy (add'l) | 12/19/12 | J | | Stifel Inv't a/c |
| 80. Davis NY Venture | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | Stifel Inv't a/c |
| 81. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 04/13/12 | J | | Stifel Inv't a/c |
| 82. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | Stifel Inv't a/c |
| 83. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy | 03/26/12 | J | | Stifel Inv't a/c |
| 84. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/28/12 | J | | Stifel Inv't a/c |
| 85. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/28/12 | J | | Stifel Inv't a/c |
| 87. Highmark funds Geneva Mid Cap Gr Fiduciary Class | | None | J | T | Sold (part) | 04/13/12 | J | A | Stifel Inv't a/c |
| 88. Highmark funds Geneva Mid Cap Gr Fiduciary Class | A | Distribution | J | T | Buy (add'l) | 12/14/12 | J | | Stifel Inv't a/c |
| 89. Keeley Funds Small Cap Value Fund | | None | | | Sold | 03/23/12 | J | A | Stifel Inv't a/c |
| 90. MFS Ser Tr Intl Growth | A | Dividend | J | T | Buy (add'l) | 06/26/12 | J | | Stifel Inv't a/c |
| 91. MFS Ser Tr Intl Growth | A | Dividend | J | T | Buy (add'l) | 12/17/12 | J | | Stifel Inv't a/c |
| 92. MFS Ser Tr Intl Growth | A | Distribution | J | T | Buy (add'l) | 12/17/12 | J | | Stifel Inv't a/c |
| 93. Pioneer Ser Oak Ridge Small Cap Growth Fund | A | Distribution | J | T | Buy (add'l) | 11/28/12 | J | | Stifel Inv't a/c |
| 94. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | Stifel Inv't a/c |
| 95. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 02/02/12 | J | | Stifel Inv't a/c |
| 96. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 03/02/12 | J | | Stifel Inv't a/c |
| 97. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 04/03/12 | J | | Stifel Inv't a/c |
| 98. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 05/02/12 | J | | Stifel Inv't a/c |
| 99. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 06/04/12 | J | | Stifel Inv't a/c |
| 100. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 07/03/12 | J | | Stifel Inv't a/c |
| 101. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 08/02/12 | J | | Stifel Inv't a/c |
| 102. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 09/05/12 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 10/02/12 | J | | Stifel Inv't a/c |
| 104. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 11/02/12 | J | | Stifel Inv't a/c |
| 105. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 12/04/12 | J | | Stifel Inv't a/c |
| 106. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | Part of Stifel IRA |
| 107. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 12/21/12 | J | | Part of Stifel IRA |
| 108. Artisan Funds Mid Cap Value | A | Distribution | J | T | Buy (add'l) | 12/21/12 | J | | Part of Stifel IRA |
| 109. Columbia Funds Ser Trust Marsico Growth Fund Class Z | A | Dividend | J | T | Sold (part) | 03/26/12 | J | A | Part of Stifel IRA |
| 110. Columbia Funds Ser Trust Marsico Growth Fund Class Z | A | Dividend | J | T | Buy (add'l) | 06/21/12 | J | | Part of Stifel IRA |
| 111. Columbia Funds Ser Trust Marsico Growth Fund Class Z | A | Dividend | J | T | Buy (add'l) | 12/14/12 | J | | Part of Stifel IRA |
| 112. Davis New York Venture Fund Class Y | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | Part of Stifel IRA |
| 113. Davis New York Venture Fund Class Y | A | Distribution | J | T | Buy (add'l) | 12/19/12 | J | | Part of Stifel IRA |
| 114. Davis New York Venture Fund Class Y | A | Dividend | J | T | Sold (part) | 09/24/12 | J | A | Part of Stifel IRA |
| 115. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | Part of Stifel IRA |
| 116. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | Part of Stifel IRA |
| 117. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 04/02/12 | J | | Part of Stifel IRA |
| 118. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/02/12 | J | | Part of Stifel IRA |
| 119. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/01/12 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Harbor Fund Bond Fund | A | Distribution | J | T | Buy (add'l) | 12/19/12 | J | | Part of Stifel IRA |
| 121. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | Part of Stifel IRA |
| 122. Harbor Fund Bond Fund | A | Distribution | J | T | Buy (add'l) | 12/19/12 | J | | Part of Stifel IRA |
| 123. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy | 03/26/12 | J | | Part of Stifel IRA |
| 124. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/28/12 | J | | Part of Stifel IRA |
| 125. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | Part of Stifel IRA |
| 126. Heartland Value Plus Instl Cl I | A | Distribution | J | T | Buy (add'l) | 12/28/12 | J | | Part of Stifel IRA |
| 127. Highmark funds Geneva Mid Cap Gr Fiduciary Class | | None | J | T | Sold (part) | 03/26/12 | J | A | Part of Stifel IRA |
| 128. Highmark funds Geneva Mid Cap Gr Fiduciary Class | A | Distribution | J | T | Buy (add'l) | 12/14/12 | J | | Part of Stifel IRA |
| 129. Keeley funds Inc Small Cap Value Fund Class A | | None | | | Sold | 03/23/12 | J | A | Part of Stifel IRA |
| 130. MFS Ser Tr X Intl Growth Fd Cl I | A | Dividend | J | T | Buy (add'l) | 12/17/12 | J | | Part of Stifel IRA |
| 131. MFS Ser Tr X Intl Growth Fd Cl I | A | Distribution | J | T | Buy (add'l) | 12/17/12 | J | | Part of Stifel IRA |
| 132. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 01/03/12 | J | | Part of Stifel IRA |
| 133. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 02/01/12 | J | | Part of Stifel IRA |
| 134. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 03/01/12 | J | | Part of Stifel IRA |
| 135. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 04/02/12 | J | | Part of Stifel IRA |
| 136. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 05/01/12 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 06/01/12 | J | | Part of Stifel IRA |
| 138.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 07/02/12 | J | | Part of Stifel IRA |
| 139.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 08/01/12 | J | | Part of Stifel IRA |
| 140.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 09/04/12 | J | | Part of Stifel IRA |
| 141.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 10/01/12 | J | | Part of Stifel IRA |
| 142.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 11/01/12 | J | | Part of Stifel IRA |
| 143.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 12/03/12 | J | | Part of Stifel IRA |
| 144.  Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | Part of Stifel IRA |
| 145.  Pioneer Ser TR I Oak Ridge Small Cap Growth Fund Class A | A | Distribution | J | T | Buy (add'l) | 11/28/12 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part VII (Investments and Trusts)

Entries 32-44, As a result of space limitations, the full name of the Aim fund is provided here:  Aim Invesco Van Kampen Intermediate Term Municipal Income CL Y.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LISA M. SMITH

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544